UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL AND LUFKIN DIVISIONS

| | | |
|---|---|---|
| COOPERVISION, INC., | ) | Case No. 2:06-CV-149 RHC |
| Plaintiff, | ) | |
| | ) | **JURY** |
| v | ) | |
| CIBA VISION CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |
| COOPERVISION, INC., | ) | Case No. 9:06-CV-260 RHC |
| Plaintiff, | ) | |
| | ) | **JURY** |
| v | ) | |
| CIBA VISION CORPORATION, | ) | |
| Defendant. | ) | |

## **COOPERVISION'S LIMITATION OF CLAIMS PURSUANT TO COURT ORDER**

The Court's January 3, 2007 Scheduling Order (C.A. 06-260, D.I. 27) and February 9, 2007 Scheduling Order (C.A. 06-149, D.I. 70 and C.A. 06-260, D.I. 48) (collectively, the "Scheduling Orders") require Plaintiff CooperVision, Inc. ("CooperVision") to "limit the number of asserted claims to no more than twenty (20) representative claims for both the 260 action and 149 action and notify the accused infringer and the court."

Currently pending before this Court is a motion to amend CooperVision's P.R. 3-1 infringement contentions to add five additional claims in the '706 patent. (C.A. 06-149, D.I. 71.) In light of the pending motion, CooperVision presents two alternative lists of the twenty claims it will limit itself to in compliance with the Scheduling Orders: one list based on the current claims in suit, and one list based on the claims in suit if the Court grant CooperVision's motion.

## LIMITATION OF CLAIMS BASED ON CURRENT CLAIM IN SUIT

In compliance with the Scheduling Orders, CooperVision limits the asserted claims in suit to:

6,923,538: 2, 7 and 8.

6,923,706: 14.

6,467,903: 22, 29, 34 and 38.

6,857,740: 5, 8 and 11.

6,971,746: 1, 2, 4, 7 and 8.

7,133,174: 25.

7,134,753: 15, 16 and 22.

## LIMITATION OF CLAIMS CONTINGENT UPON GRANT OF MOTION TO AMEND INFRINGEMENT CONTENTIONS

If the Court grants CooperVision's pending motion to amend its infringement contentions, in compliance with the Scheduling Orders, CooperVsion limits the asserted claim in suit to:

6,923,538: 2 and 7.

6,923,706: 1, 4, 8, 14 and 15.

6,467,903: 29, 34 and 38.

6,857,740: 8 and 11.

6,971,746: 1, 2, 4, 7 and 8

7,133,174: 25.

7,134,753: 15 and 22.

                                      Respectfully submitted,

Dated: March 7, 2007              By: /s/ Jason G. Sheasby (By Authority)

                                      Morgan Chu (CA #70446)
                                      David I. Gindler (CA #117824)
                                      Attorney-in-Charge
                                      Ben J. Yorks (CA #134119)
                                      Jason Sheasby (CA #205455)
                                      IRELL & MANELLA LLP
                                      1800 Avenue of the Stars, Suite 900
                                      Los Angeles, California 90067-4276
                                      Phone: (310) 277-1010
                                      Facsimile: (310) 203-7199
                                      E-mail: dgindler@irell.com

                                      J. Thad Heartfield (TX #09346800)
                                      LAW OFFICES OF J. THAD HEARTFIELD
                                      2195 Dowlen Rd.
                                      Beaumont, TX 77706-2534
                                      Phone: (409) 866-3318
                                      Facsimile: (409) 866-5789

                                      Clayton E. Dark, Jr. (TX #05384500)
                                      P.O. Box 2207
                                      Lufkin, TX 75902-2207
                                      Phone: (936) 637-1733
                                      Facsimile: (936) 637-2897

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **COOPERVISION, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing was served using e-mail on all counsel of record on March 7, 2007.

By:   /s/ Jason G. Sheasby
Jason G. Sheasby

1650683